**To:** The USA Federal District Court

Courthouse: 141 Church St, New Haven, CT 06510

Clerk's Office: 915 Lafayette Blvd, Bridgeport, CT 06604

**From:**

My Name: Sandra Cointreau

My Address: 1056 Main Street South, Apt. 21B, Woodbury, CT, 06798

**Versus:**

Donald J. Trump, President of the USA, and J. D. Vance, Vice President of the USA.

White House, 1600 Pennsylvania Avenue, Washington, DC, 20500

### GRIEVANCE:

In accordance with my First Amendment Right to Petition this Government's Court for a redress of my Grievance.

On January 6, 2021, Donald J. Trump engaged in insurrection by instigating crowds to storm the Capital to overthrow Congress.

Since January 6, 2021, Donald J. Trump and J. D. Vance have given aid, and comfort to the insurrectionists.

Since January 6, 2021, Donald J. Trump and J. D. Vance have pardoned the insurrectionists who pleaded guilty or had been found guilty of insurrection. This includes insurrectionists that committed crimes causing injuries against Police, Congressional Staff and Elected Officials in Congress to disrupt US Governance. This includes significant damage to the building and facilities of the Congress.

The 14th Amendment of the Constitution forbids the defendants from holding their respective offices.

Therefore, I demand that Donald J. Trump and J. D. Vance be removed from office.

Signed: _[signature]_

Sandra Cointreau

I confirm that I am an adult, who has lived and worked in this country since birth, on November     , 1947. Social Security Number     -8973.

Date: _April 7 2025_

April 7, 2025

Sandra Cointreau
1056 Main Street South
  Apt. 21B
Woodbury, CT, 06798-3808

HARTFORD CT 060

8 APR 2025  PM 6  L



USA District Court Clerk's Office
915 Lafayette Blvd
Bridgeport CT
           06604